STATE OF NEW JERSEY v. HARRY L., JR.

April 22, 1975. Cross-petition for certification denied.

JULIA YANHKO v. SHELDON FANE.

April 22, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. ROBERT E. LEE.

April 22, 1975. Petition for certification denied.

ANTHONY B. GIRARD v. STATE OF NEW JERSEY, DEPARTMENT OF CIVIL SERVICE.

April 22, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY JONES.

April 22, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. KING.

April 22, 1975. Petition for certification denied.